# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. ACTION NO. 3:25-00082-01 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| DONALD KELLY (01) | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 50], together with Defendant Donald Kelly's written and filed objections thereto [Doc. No. 51], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 30] filed by Defendant, Donald Kelly, is **DENIED**.

MONROE, LOUISIANA, this 29th day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1